In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-554 CR


NO. 09-03-555 CR


____________________



PERCY EDWARD WALTERS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause Nos. 89235 and 89344 






MEMORANDUM OPINION (1)


 Percy Edward Walters was convicted and sentenced on indictments for burglary of
a building and unauthorized use of a motor vehicle and was sentenced in each case to 2
years of confinement in the Texas Department of Criminal Justice, State Jail Division. 
Walters filed notices of appeal on November 21, 2003. In each case, the trial court
entered a certification of the defendant's right to appeal in which the court certified that
this is a plea-bargain case, and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The trial court's certifications have been provided to the Court of Appeals by
the district clerk.

 On December 3, 2003, we notified the parties that the appeals would be dismissed
unless amended certifications were filed within thirty days of the date of the notices and
made a part of the appellate records. See Tex. R. App. P. 37.1. The records have not
been supplemented with amended certifications. Because a certification that shows the
defendant has the right of appeal has not been made part of the record, the appeals must
be dismissed. See Tex. R. App. P. 25.2(d).

 Accordingly, we dismiss the appeals for want of jurisdiction.

 APPEALS DISMISSED.

 PER CURIAM


Opinion Delivered January 15, 2004

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.